**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 8 2021

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY



VTF

FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



hetrnrelmedi; undeliverable
2: O2 cr 938 VAD



NIXIE    606    5E 1      9003/04/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299    0159N064003-00419



NEOPOST
02/24/2021
US POSTAGE $001.20⁰

ZIP 90012
041M11461109

FIRST-CLASS MAIL

Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226